THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Russell
 Reinhold, Appellant.
 
 
 

Appeal From Georgetown County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2008-UP-689
Submitted December 1, 2008  Filed
 December 11, 2008  

 APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Russell
 Reinhold appeals his
 convictions and sentences for filing a
 false police report and malicious injury to personal property.  On appeal, he
 argues the trial court erred in admitting certain items into evidence.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.